UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/15/2020
```

------------------------------------------------------------------X
                                        :

DANA HARGE,
                                          :

                   Plaintiff,           :

                                            :          16-cv-5160 (LJL)

       -v-                        :

                                            :            ORDER

CITY OF NEW YORK, et al.,
                                          :

                 Defendants.      :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On February 13, 2019, Judge Andrew L. Carter granted a stay of this action while the parties awaited the outcome of Plaintiff's Article 78 proceeding filed in New York Supreme Court, County of New York on January 28, 2019.  *See* Dkt. No. 80.

It is hereby ORDERED that, no later than June 22, 2020, Plaintiff shall submit an update on the status of the Article 78 proceeding and whether this stay should remain in effect.

SO ORDERED.

Dated: April 15, 2020
      New York, New York

                                         LEWIS J. LIMAN
                                   United States District Judge