UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DANA HARGE                                              :

                                                                          :                    ORDER
                              Plaintiff,                :                    16 Civ. 5160 (LJL) (GWG)

    -v.-                                                          :

CITY OF NEW YORK, et al.                        :

               Defendants.                     :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties are directed to consult with each other and file a joint letter on or before June 19, 2020, indicating their views as to the status of this matter. This deadline may be changed by mutual agreement without court order provided that the parties disclose the new date in a letter filed on ECF.

      SO ORDERED.

Dated: June 15, 2020
       New York, New York

                                                                                   _____
                                                                               GABRIEL W. GORENSTEIN
                                                                               United States Magistrate Judge