**Fred Lichtmacher**
**The Law Office of Fred Lichtmacher P.C.**
**116 West 23rd Street Suite 500**
**New York, NY 10011**
**(212) 922-9066**
**Temporarily (646) 318-3806**
**empirestatt@aol.com**

August 19, 2020

Honorable Gabriel W. Gorenstein  **MEMORANDUM ENDORSEMENT**
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
<u>Via ECF</u>

Re: **Harge v. City of New York**, et al
    16 CV 5160 (LJM)

Your Honor:

    I represent the plaintiff in this civil rights action. The plaintiff writes to request an expert discovery schedule. Plaintiff is planning on producing an economist to testify as to damages.

    The parties have conferred and request the following schedule. Plaintiff will produce his expert disclosures by November 20, 2020; defendants will produce their expert disclosures by December 21, 2020 and the depositions of the experts will be conducted, if any, before the end of January 2021.

    Additionally, the parties jointly request that if the Court will allow it, we would like to delay expert discovery until the conclusion of dispositive motion practice. If not, the schedule proposed above we respectfully request be So Ordered.

Respectfully submitted,   **Within 7 days of the disposition of the motion for summary judgment, the parties shall file a letter proposing a schedule for expert discovery.**

/ s /

Fred Lichtmacher

**So Ordered.**

cc:   Danielle Marie Dandrige
      New York City Law Dept.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**August 20, 2020**