USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DANA HARGE,                                                          :
:
                    Plaintiff,                    :
:     16-cv-5160 (LJL)
     -v-                                                           :
:     <u>ORDER</u>
CITY OF NEW YORK, et al.,                                            :
:
                    Defendants.                   :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's Response to Defendants' 56.1 statement at Dkt. No. 107 includes citations to Exhibit 2, but Plaintiff's submitted exhibits fail to include at least one of the cited pages of Exhibit 2. Plaintiff is directed to file Exhibit 2 in full on ECF by August 27, 2021.

      SO ORDERED.

Dated: August 25, 2021
       New York, New York                               LEWIS J. LIMAN
                                                            United States District Judge