```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
DANA HARGE,                                                          :
                                                                     :
                                Plaintiff,                           :
                                                                     :         16-cv-5160 (LJL)
        -v-                                                          :
                                                                     :             ORDER
CITY OF NEW YORK, et al.,                                            :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2021

LEWIS J. LIMAN, United States District Judge:

      The Court's Order at Dkt. No. 117 directed Plaintiff to file Exhibit 2 *in full* on ECF. Plaintiff's submission at Dkt. No. 118 is still missing pages. Plaintiff is directed to file the exhibit *in full* by close of business on August 26, 2021 (i.e., the full deposition).

      SO ORDERED.

Dated: August 25, 2021
       New York, New York
                                                 LEWIS J. LIMAN
                                        United States District Judge