UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANA HARGE,

                Plaintiff,                  16 **CIVIL** 5160 (LJL)

   -against-                              **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

Dated: New York, New York
          August 27, 2021

                                           RUBY J. KRAJICK
                                           **Clerk of Court**
                   BY:
                                              **Deputy Clerk**